## 36151. MISURACA v. CARTER.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED APRIL 18, 1980 — DECIDED MAY 20, 1980.

*Blackburn, Bright & Dodd, J. Converse Bright,* for appellant.

*Lamar Cole, District Attorney,* for appellee.